# CALIFORNIA DEPARTMENT OF MOTOR VEHICLES
## IMAGE RECORD FOR:
### QUINONES JOYA RICARDO

**B7208223**  **EXPIRES:** 08/05/2026  **CLASS:**  **SEX:** M
**HAIR:** BLK  **EYES:** BRN  **HEIGHT:** 506  **WEIGHT:** 200
**DATE OF BIRTH:** 08/05/1982
**ADDRESS:** 3935 N EFFIE ST APT 38, FRESNO, CA 93726

**PHOTO DATE:** 05/03/2021  **PHOTO OFFICE:** 505  **APPLICATION DATE:** 05/03/2021  **APPLICATION OFFICE:** 505
**ISSUE DATE:** 05/03/2021  **ISSUE OFFICE:** 505  **RESTRICTIONS:**
**PHOTO SEQ #:** 4235  **ENDORSEMENTS:**



**SIGNATURE:**

**FINGERPRINT:**



This photograph is a true copy of the photograph that is contained on the Department of Motor Vehicles photo database and delivered over the Department of Justice Cal-Photo communications network.

Date:_____ /s/_____



GOVERNMENT EXHIBIT 1