

## Person Detail

| | | | | |
|---|---|---|---|---|
| **Name** | QUINONES JOYA, Ricardo | | **DOB** | 08/05/1982 |
| **Sex** | Male | | **Citizenship** | USA |
| **Race** | W | | **Hispanic** | Yes |
| **Document#** | | | | |

| Street | City | State | Postal Code | Country |
|---|---|---|---|---|
| 3935 N EFFIE ST 38 | FRESNO | CA - CALIFORNIA | 93726 | USA |



GOVERNMENT EXHIBIT 1